JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>  v.<br><br>HANSBROT PARTNERS,<br><br>    Defendant. | CV 19-05834 PA (ASx)<br><br>JUDGMENT |

Pursuant to the Court's February 27, 2020 Order which dismissed plaintiff Brian Whitaker's ("Plaintiff") Americans with Disabilities Act claim against defendant Hansbrot Partners ("Defendant") and declined to exercise supplemental jurisdiction over Plaintiff's state law Unruh Civil Rights Act Claim, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

    1.    Plaintiff's Americans with Disabilities Act claim is dismissed with prejudice.

    2.    It is FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have his costs of suit pursuant to Federal Rule of Civil Procedure 54.

DATED: February 27, 2020

                                                                  Percy Anderson
                                                      UNITED STATES DISTRICT JUDGE